**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
ADRIAN FERNANDO GOMEZ,
                       Plaintiff,                         19 **CIVIL** 7373 (JPO)

      -against-                                **JUDGMENT**

JAMES MCHENRY, et al.,
                       Defendants.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 30, 2020, Gomez's motion for summary judgment is GRANTED and the Government's motion for summary judgment is DENIED. The BIAs May 2, 2019 decision is hereby VACATED and this matter is REMANDED for further proceedings consistent with the opinion; accordingly, the case is closed.

**Dated:** New York, New York
           October 30, 2020

                                                                    **RUBY J. KRAJICK**
                                                                      Clerk of Court
                                  **BY:**

                                                                      **Deputy Clerk**